**Order entered April 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00432-CV

### IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-00755-X**

## ORDER

On the Court's motion, we **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing a copy of (1) the docket sheet; and (2) the trial court's March 14, 2016 order. *See* TEX. R. APP. P. 34.5(c)(1). If either or both of these documents cannot be located, Ms. Pitre shall notify the Court in writing of such. The record or requested verification shall be filed no later than April 29, 2016.

/s/     CRAIG STODDART
         JUSTICE